

FILED

DEC 19 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMANUEL W. HAWKINS,<br>Petitioner,<br>v.<br>J. SOTO, Warden,<br>Respondent. | No. C 14-04326 BLF (PR)<br>**ORDER OF TRANSFER** |

    Petitioner, a state prisoner, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254, seeking a sentence reduction pursuant to California's Proposition 36.

    Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d). Federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction. *See Dannenberg v. Ingle*, 831 F. Supp. 767, 768 (N.D. Cal. 1993); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968). If the petition is directed to the manner in which a sentence is being executed, e.g., if it involves parole or time credits claims, the district of confinement is the preferable forum. *See* Habeas L.R. 2254-3(b)(2); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989). The petition indicates that Petitioner was convicted Los Angeles County and is currently

Order of Transfer
P:\PRO-SE\BLF\HC.14\04326Hawkins_transfer(CD).wpd

1  confined at the California State Prison in Los Angeles County. (Pet. at 1.) In any
2  case, venue lies properly in the Western Division of the Central District of
3  California. See 28 U.S.C. 84(c).
4      Accordingly, the above-titled action is hereby TRANSFERRED to the United
5  States District Court for the Western Division of the Central District of California.
6  See 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3.
7      The Clerk shall transfer this matter and terminate any pending motions.
8  **IT IS SO ORDERED.**

10  DATED: Dec. 19, 2014                    _____
                                            BETH LABSON FREEMAN
                                            United States District Judge