JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

EMANUEL HAWKINS,

   Petitioner,

    v.

J. SOTO (WARDEN),

   Respondent.

)
)
)
)
)
)
)
)

NO. CV 14-9957-RT (MAN)

JUDGMENT

   Pursuant to the Court's Order: Summarily Denying and Dismissing Petition With Prejudice; and Denying Certificate of Appealability,

   IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: February 12, 2015____.

ROBERT J. TIMLIN

_____
ROBERT J. TIMLIN
UNITED STATES DISTRICT JUDGE